IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RONDA YOUNG, as Personal ) <br> Representative of the ) <br> Estate of Adam Starmer, ) <br> deceased, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN JOSEPH DE FAZIO, an ) <br> individual, et al., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 1:16cv713-MHT <br> (WO) |

**JUDGMENT**

It is ORDERED that:

(1) The notice of voluntary dismissal (doc. no. 17) is construed as a motion to dismiss defendants GEICO Indemnity Company and GEICO Casualty Company without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and the motion is granted.

(2) All claims against defendants GEICO Indemnity Company and GEICO Casualty Company are dismissed without prejudice, with costs taxed as paid, and said

defendants are terminated as parties.  All claims against all other defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The court assumes that there is no objection to the allowance of the dismissal; however, if there is an objection, it must be filed within seven days from the date of this order.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 28th day of November, 2016.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE